IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

GEICO MARINE INSURANCE
COMPANY, a Maryland corporation,

        Plaintiff,

vs.                                                                Case No. 9:20-cv-80030  RAR

INTERNATIONAL MARINE, LLC,
a Florida limited liability company,
OUTBOARDS ONLY, INC., a Florida
Corporation and LUIS MANUEL
FELICIANO ECHEVARRIA,

        Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, GEICO MARINE INSURANCE COMPANY, by and through their undersigned counsel, and pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submit their Certificate of Interested Persons and GEICO MARINE INSURANCE COMPANY'S Corporate Disclosure Statement.

    **I.**    **INTERESTED PERSONS**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party include:

    a.  GEICO Marine Insurance Company

    b. Boat America Corporation

    c. GEICO Corporation

    d. National Indemnity Company

    e. Berkshire Hathaway

    f. Robert A. Craven, Esquire

## II.    CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, GEICO Marine Insurance Company is owned by Boat American Corporation which in turn is owned by GEICO Corporation which is owned by National Indemnity Company, which is owned by Berkshire Hathaway. Berkshire Hathaway is the only publicly-traded company in the group.

    Respectfully submitted,

    **s/Robert A. Craven**
    Robert A. Craven, Esquire
    FBN: 341975
    Law Office of Robert A. Craven
    3637 Fourth Street N. – Suite. 290
    St. Petersburg, FL  33704
    Tel: 727- 895-5700
    Fax: 727-895-5710
    Email:  rob@robcravenlaw.com
    Attorney for Plaintiff

**IT IS HEREBY CERTIFIED** that on the 21st day of April, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    **s/Robert A. Craven**
    Robert A. Craven, Esquire